

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Juan Enriquez v. Ahmed A. Morsy, M.D.

Appellate case numbers:  01-18-00877-CV

Trial court case number:  18-CV-0884

Trial court:                     10th District Court of Galveston County

Appellant, Juan Enriquez, has filed a motion to strike the motion for rehearing and en banc reconsideration of appellee, Ahmed A. Morsy, M.D. Because the Court has denied appellee's motion for rehearing and en banc reconsideration, the motion to strike is **dismissed as moot**.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                              Acting individually

Date: __June 15, 2021_____